Elgin R. Robinson JR
Name

141 W. Elm Wichita KS 67203
Address

**FILED**
JUN - 7 2007
RALPH DeLUACH, Clerk
By _____ Deputy

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

Elgin Ray Robinson JR, Plaintiff
(Full Name)

v.

Kelly Mar            . Defendant(s)

CASE NO. 07-3151-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

### A. JURISDICTION

1) Elgin R. Robinson JR, is a citizen of Wichita Kansas
   (Plaintiff)                                (State)
   who presently resides at 141 W.Elm Wichita, KS 67203, Sedgwick
                                              (Mailing address or place
   County Jail                                                    .
   of confinement)

2) Defendant Kelly Mar                                 is a citizen of
              (Name of first defendant)
   Wichita, Kansas                              , and is employed as
   (City, State)
   Detective, with the Wichita Police. At the time the claim(s)
   (Position and title, if any)
   alleged in this complaint arose, was this defendant acting under the color of
   state law?   Yes ☒   No ☐   If your answer is "Yes", briefly explain:
   Det. Mar was conducting a murder investigation and helping
   other Detectives during a interrogation.

3) Defendant _____ is a citizen of
   _____(Name of second defendant)_____
   _____, and is employed as
   _____(city, state)_____
   _____. At the time the claim(s)
   _____(Position and title, if any)_____
   alleged in this complaint arose was this defendant acting under the color of state law? Yes ☐ No ☐. If your answer is "Yes", briefly explain:
   _____
   _____

(Use the back of this page to furnish the above information for additional defendants.)

51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)
   _____
   _____

## B. NATURE OF THE CASE

1) Briefly state the background of your case. I am pending trial in Sedgwick County, Kansas, I was passed over for trial Oct 5, 6 2006. My charges are Capital Murder, Agg. Kidnapping, Two Counts of Rape, Agg Indecent Liberties, Violation of a Protective order. My trial date has been set for Nov. 2007, I have Court appointed attorney's, The district attorney's office has given notice to seek the death penalty in this matter. I have Two Co.Defendants one of them is the states key witness.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Violation of 5th amendment right of the United States Constitution

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) Comes now Elgin Ray Robinson JR, acting Plaintiff gives the Court to understand and be informed that in the county of Sedgwick and State of Kansas, and on or between the 15th day of June 2006 A.D. to the 16th day of June 2006 One Kelly Mar did then and there Unlawfully Violate Plaintiff, Elgin Robinson JR 5th amendment right of the United States Constitution by overriding the freewill under the Miranda Which caused the Plaintiff to make statements that incrimidated him in a capital murder investigation. These acts took place in the Wichita City hall building on the 6th floor.

B)(1) Count II: Violation of 5th amendment right of the United States Constitution

(2) Supporting Facts: And or between the 15th day of June 2006 A.D. to the 16th day of June 2006 one Kelly Mar did then and there Unlawfully, Violate Plaintiff, Elgin Robinson JR 5th amendment right of the United States Constitution by not honoring the Plaintiff when he invoked his 5th amendment right and not suspending her interrogation after Plaintiff requested a attorney and stated he did not want to speak to police anymore. These acts took place in the City hall building in Wichita KS on the 6th floor.

C) (1) Count III: Violation of 6th amendment right of the United States Constitution

(2) Supporting Facts: And or between the 15th day of June 2006 A.D, to the 16th day of June, 2006, one Kelly Mar did then and there unlawfully violate Plaintiff 6th amendment right by not honoring the Plaintiff's request to have counsil present during her interrogation.

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes☐ No☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

   d) Issues raised _____

e)   Approximate date of filing lawsuit_____

f)   Approximate date of disposition_____

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part ☐ Yes ☐ No
If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

### E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: Det. Kelly Mar's employment with the Wichita Police department should be terminated. I am entitled to a written apology from her and the Wichita Police department, for these violations. There desire to gain a conviction and create a case is not exceptable for violating my rights. This court should see to it that Kelly Mar does not commit illeagal acts like this anymore, and force the Wichita Police department to terminate her employment.

_____     _____
Signature of Attorney (if any)                                    Signature of Petitioner

_____
_____
(Attorney's full address and telephone number)

-5-

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746. 18 U.S.C. § 1621.

Executed at _Sedgwick County Jail_ (Location) on _June 5th_ (Date), 20_07_.

_Elgi Robin_ (Signature)